DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BERNARD v. CENTRAL CAROLINA TRUCK SALES

No. 295P84.

Case below: 68 N.C. App. 228.

Petition by defendant (Truck Sales) for discretionary review under G.S. 7A-31 denied 28 August 1984.

## BLOW v. SHAUGHNESSY

No. 261P84.

Case below: 68 N.C. App. 1.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 28 August 1984.

## CANTRELL v. LIBERTY LIFE INS. CO.

No. 367P84.

Case below: 68 N.C. App. 651.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

## CARTER v. CARR

No. 256PA84.

Case below: 68 N.C. App. 23.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 August 1984 with review limited to the question of whether the trial court erred by disallowing the testimony of plaintiff's husband concerning statements allegedly made to him by Dr. Canipe.

## CAUBLE v. CITY OF ASHEVILLE

No. 150PA84.

Case below: 66 N.C. App. 537.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 August 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question denied 28 August 1984.